IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| WILLIAM B. ALEXANDER, | ) | |
| | ) | |
| Defendant. | ) | |

    I have been advised that the parties have agreed to a nonjury trial in this case. Because an extended civil case has been set for trial on August 18, 2008, it will be necessary to reschedule this criminal case for trial. Accordingly, the parties shall arrange a telephone conference with the undersigned.

    IT IS SO ORDERED.

July 29, 2008.                        BY THE COURT:

                                               s/ *Richard G. Kopf*
                                               United States District Judge